INTERNATIONAL AIRCRAFT TRADING Co., INC., Appellant, v. MANU-
FACTURERS TRUST COMPANY, Appellant and Respondent, and
IRVING TRUST COMPANY, Respondent.

Submitted January 5, 1948; decided January 8, 1948.

*Nathan Waxman* for motion.

*Louis Okin* opposed.

Motion denied, with $10 costs.